JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 16, 2011

Check No. 2025344

Check Amount: $1,303.22

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-45601-R | 00000 | MICHAEL ERIC & CAROL ANN LILLY | 0 | XXXXX9507 | 2.44 | 0.00 | 2.44 |
|  |  |  |  | XXXXX2661 |  |  |  |
|  |  | Original check written to: <br> MICHAEL ERIC LILLY <br> 3812 BRANCH HOLLOW PLACE <br> CARROLLTON, TX 75007 |  |  |  |  |  |
| 05-45618-R | 00000 | MICHAEL T. WARREN, SR. & LORETTA G. WARREN | 0 | XXXXX2279 | 0.53 | 0.00 | 0.53 |
|  |  |  |  | XXXXX3463 |  |  |  |
|  |  | Original check written to: <br> MICHAEL T. WARREN, SR. <br> P. O. BOX 2202 <br> FORNEY, TX 75126 |  |  |  |  |  |
| 05-46646-R | 00000 | ROY SEDRICK BRANDS, JR. | 0 | XXXXX0623 | 0.25 | 0.00 | 0.25 |
|  |  | Original check written to: <br> ROY SEDRICK BRANDS, JR. <br> 913 SOUTH KENTUCKY STREET <br> MCKINNEY, TX 75069 |  |  |  |  |  |
| 10-41087-R | 00000 | DANIEL C. DIEDRICH | 0 | XXXXX0555 | 600.00 | 0.00 | 600.00 |
|  |  | Original check written to: <br> DANIEL C. DIEDRICH <br> 4279 DONEGAL <br> FRISCO, TX 75034 |  |  |  |  |  |
| 10-42197-R | 00000 | MOLLYN MARIE SHEW |  | XXXXX0321 | 200.00 | 0.00 | 200.00 |
|  |  | Original check written to: <br> MOLLYN MARIE SHEW <br> 847 SALEM TRAIL <br> LEWISVILLE, TX 75067 |  |  |  |  |  |
| 10-43069-R | 00000 | CLAYTON ANTHONY HUDDLESTON | 0 | XXXXX4786 | 500.00 | 0.00 | 500.00 |
|  |  | Original check written to: <br> CLAYTON ANTHONY HUDDLESTON <br> 5347 COUNTY ROAD 107 <br> GAINESVILLE, TX 76240 |  |  |  |  |  |
|  |  |  |  | **TOTALS** | **$1,303.22** | **$0.00** | **$1,303.22** |